IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00002-BO-KS

| | | |
|---|---|---|
| LEONIE TAVARES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Uncontested Motion to Appear Remotely for the hearing scheduled for 11:30 a.m. on September 30, 2024, it is hereby ORDERED that the Motion is GRANTED.

SO ORDERED this __27__ day of September, 2024.

_Terrence Boyle_
Terrence W. Boyle
United States District Judge