UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LEONIE TAVARES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN O'MALLEY, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | **JUDGMENT** <br><br> 5:24-CV-2-BO-KS |

**Decision by Court.**
This cause comes before the Court on Plaintiff's motion for judgment on the pleadings [DE 11]. A hearing was held on these matters by the undersigned on September 30, 2024, in Raleigh, North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgement on the pleadings [DE 11] is GRANTED. The decision of the Commissioner is REVERSED, and the matter is remanded for an award of benefits.

**This case is closed.**


**This judgment filed and entered on October 15, 2024, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Wanda D. Mason (via CM/ECF NEF)
Cathleen McNulty (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)


October 15, 2024

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk