IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-2-BO-KS

| | |
|---|---|
| LEONIE TAVARES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| LELAND DUDEK, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $10,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay Plaintiff the lesser EAJA fee of $6,100.00.

It is therefore ORDERED that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $10,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay Plaintiff the sum of $6,100.00, and upon the payment of such sums, this case is dismissed with prejudice.

This the 27 day of May 2025,

Terrence Boyle
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE